UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20736-CIV-ALTONAGA/Reid

**DAVID W. LANGLEY**, *et al.*,

    Plaintiffs,
vs.

**ELIZABETH HAZAN**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Sean Neil Meehan's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 3], which the Court construes as a Motion for Leave to Proceed *In Forma Pauperis*, filed on February 26, 2024. Also on February 26, 2024, Defendants — Meehan and Elizabeth Hazan — removed the underlying action from state court. (*See generally* Notice of Removal [ECF No. 1]).

Meehan's Motion is lacking. The sole piece of information in the Motion is that Meehan's average ***monthly*** income last year was $27,000. (*See* Mot. 1). Simultaneously, he indicates he has neither cash, money in a financial institution, nor other assets (*see id.* 2–3), nor any expenses of any kind (*see id.* 4–5). In other words, Meehan has not submitted a Motion sufficient for the Court to conclude he is "unable" to pay the filing fee. 28 U.S.C. § 1915(a)(1); *see also Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004).

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendant, Sean Neil Meehan's Application **[ECF No. 3]** is **DENIED**. Both Defendants have until **February 28, 2024** to pay the filing fee, failing which the case will be remanded.

CASE NO. 24-20736-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 26th day of February, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  Defendants, *pro se*