# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 24-20736-CIV-ALTONAGA/Reid

**DAVID W. LANGLEY**, *et al.*,

     Plaintiffs,

vs.

**ELIZABETH HAZAN**, *et al.*,

     Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On February 26, 2024, the Court entered an Order [ECF No. 4] denying Defendant, Sean Neil Meehan's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 3]. Defendants Meehan and Elizabeth Hazan were instructed to pay the filing fee no later than February 28, 2024, "failing which the case will be remanded." (Feb. 26, 2024 Order 1). To date, the filing fee has not been paid.

Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **REMANDED** to the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 29th day of February, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: Defendants, *pro se*